JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 11-28-12

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 28 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RONALD EUGENE LAIS,<br><br>                    Petitioner,<br><br>          vs.<br><br>KENNETH FORD, California<br>Parole Region IV,<br><br>                    Respondent. | )  Case No. SACV 11-0420-JPR<br>)<br>)<br>)      J U D G M E N T<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Memorandum Opinion and Order Denying Petition and Dismissing Action with Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: November 28, 2012

EAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 28 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY