I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 11-28-12

_____
DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 28 2012

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EUGENE LAIS,<br><br>　　　　　Petitioner,<br><br>　　　　vs.<br><br>KENNETH FORD, California<br>Parole Region IV,<br><br>　　　　　Respondent. | Case No. SACV 11-0420-JPR<br><br>J U D G M E N T |

Pursuant to the Memorandum Opinion and Order Denying Petition and Dismissing Action with Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: November 28, 2012

_____
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 28 2012

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY